# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER )
423-803-8381 WITH INTERNATIONAL MOBILE SUBSCRIBER )
IDENTITY 310260351651172 (Target Cell Phone 4) )

Case No. 1:20-mj- 10

FILED UNDER SEAL

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the ___Eastern___ District of ___Tennessee___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841/846 | Conspiracy to Distribute and Possession with Intent to Distribute Controlled Substances |

The application is based on these facts:
See affidavit in support of search warrant. To ensure technical compliance with 18 U.S.C. §§ 3121-3127, the warrant will also function as a pen register order. I thus certify that the information likely to be obtained is relevant to an ongoing criminal investigation conducted by DEA. See 18 U.S.C. §§ 3122(b), 3123(b).

- ☑ Continued on the attached sheet.
- ☑ Delayed notice of __90__ days (give exact ending date if more than 30 days: __04/20/2020__) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Kevin T. Brown, Special Assistant US Attorney
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 21, 2020

_____
*Judge's signature*

City and state: Chattanooga, Tennessee

Hon. Christopher H. Steger, US Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 423-544-5873 WITH INTERNATIONAL MOBILE SUBSCRIBER IDENTITY 312530211100151 AND ELECTRONIC SERIAL NUMBER 356272104489658 (Target Cell Phone # 4) | Case No. 1:20-mj- 10 <br><br> **Filed Under Seal** |

## ATTACHMENT A

### Property to Be Searched

1. The cellular telephones assigned call number 423-803-8381 with International Mobile Subscriber Identity 310260351651172 with listed subscriber as Seth MILLER utilized by Curtis MORGAN ("**Target Cell Phone #4**"), whose service provider is T-Mobile, a wireless telephone service provider headquartered at 4 Sylvan Way, Parsippany, New Jersey 07054.

2. Records and information associated with the **Target Cell Phone #4 t**hat are within the possession, custody, or control of T-Mobile: including information about the location of the cellular telephones if they are subsequently assigned a different call number.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 423-544-5873 WITH INTERNATIONAL MOBILE SUBSCRIBER IDENTITY 312530211100151 AND ELECTRONIC SERIAL NUMBER 356272104489658 (Target Cell Phone # 4) | Case No. 1:20-mj- 10<br><br>**Filed Under Seal** |

## ATTACHMENT B

**Particular Things to be Seized**

I. **Information to be Disclosed by the Provider**

All information about the location of the **Target Cell Phone #4** described in Attachment A for a period of thirty days, during all times of day and night. "Information about the location of the **Target Cell Phone #4**" includes all available E-911 Phase II data, GPS data, latitude-longitude data, and other precise location information, as well as all data about which "cell towers" (i.e., antenna towers covering specific geographic areas) and "sectors" (i.e., faces of the towers) received a radio signal from the cellular telephones described in Attachment A.

To the extent that the information described in the previous paragraph (hereinafter, "Location Information") is within the possession, custody, or control of T-Mobile. T-Mobile is required to disclose the Location Information to the government. In addition, T-Mobile must furnish the government all information, facilities, and technical assistance necessary to accomplish the collection of the Location Information unobtrusively and with a minimum of interference with T-Mobile's services, including by initiating a signal to determine the location of the **Target Cell Phone #4** on T-Mobile's network or with such other reference points as may be reasonably

Page 1 of 2
Case 1:20-mj-00010-CHS    Document 8    Filed 01/21/20    Page 3 of 4    PageID #: 12

available, and at such intervals and times directed by the government. The government shall compensate T-Mobile for reasonable expenses incurred in furnishing such facilities or assistance.

This warrant does not authorize the seizure of any tangible property. In approving this warrant, the Court finds reasonable necessity for the seizure of the Location Information. *See* 18 U.S.C. § 3103a(b)(2).

II. **Information to Be Seized by the Government**

**IF LOCATION INFORMATION IS EVIDENCE OF A CRIME:**

All information described above in Section I that constitutes evidence of violations of Title 21, United States Code, Sections 841(a)(1), 846, and 843(b) involving Curtis MORGAN or unidentified subject(s).

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by the Provider in order to locate the things particularly described in this Warrant.